NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERESA L. FOWLER,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3014

---

Petition for review of the Merit Systems Protection Board in No. CH0752120120-I-1.

---

**JUDGMENT**

---

JOHN O. HARALDSON, Sellers & Haraldson, of Des Moines, Iowa, argued for petitioner.

BENJAMIN MARK MOSS, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, KIRK MANHARDT, Assistant Director, and JANE W. VANNEMAN, Senior Trial Counsel. Of counsel on the brief

was MORGAN E. REHRIG, Law Department, United States Postal Service, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>August 11, 2014</u>                   <u>/s/ Daniel E. O'Toole</u>
        Date                         Daniel E. O'Toole
                                     Clerk of Court